

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2015

No. 04-14-00682-CR

Benito **GARZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9168
Honorable Raymond Angelini, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to April 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Laura E. Durbin                        Alex J. Scharff
     Assistant Criminal District Attorney   Campion & Campion
     101 W. Nueva, Suite 370                222 East Main Plaza
     San Antonio, TX 78205                  San Antonio, TX 78205